**92–2588.** Nibert v. Am. Aggregates. *Franklin County*, No. 92AP–551.
MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

**92–2593.** Diaz v. Weller. *Clermont County*, No. CA91–12–102. On motion and cross-motion to certify the record. Motions denied.

**92–2602.** Rose v. Shelby Mut. Ins. Co. *Richland County*, No. 92–CA–8.

**92–2603.** State v. Kincaid. *Hocking County*, No. 91–CA–18.

**92–2608.** State v. Fox. *Cuyahoga County*, No. 63100.

**92–2613.** Westfield Ins. Co. v. Pope. *Stark County*, No. CA–8943.
WRIGHT, J., dissents.

**92–2614.** State ex rel. Ward v. Lion's Den. *Ross County*, No. 1867.
MOYER, C.J., and WRIGHT, J., dissent.

**92–2615.** State v. Greer. *Summit County*, No. 15217.
WRIGHT, J., dissents.

**92–2621.** State v. Jones. *Cuyahoga County*, No. 59826.
F.E. SWEENEY, J., not participating.

**92–2623.** Town & Country Travel Co. v. Humphrey. *Montgomery County*, No. 13305.

**92–2624.** State v. Ruff. *Fairfield County*, No. 39CA91. On motion and cross-motion for leave to appeal, and on motion for leave to file memorandum in opposition to cross-appeal instanter. Motions denied.
DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**92–2630.** Lime City Mut. Ins. Assn. v. Mullins. *Wood County*, No. 92WD12.

**92–2635.** Local 1562, AFSCME, AFL–CIO v. Chillicothe. *Ross County*, No. 1816.

**92–2636.** Saunders v. Grogans. *Fairfield County*, No. 01CA92.
DOUGLAS and PFEIFER, JJ., dissent.

**92–2644.** Perry Oil Co. v. Limbach. *Allen County*, No. 1–92–41.

**92–2647.** Estate of Hoover v. Hoover. *Greene County*, No. 91–CA–90.

**93–16.** Stephens v. Karg Jeep Eagle, Inc. *Medina County*, No. 2084M.

**93–20.** State v. Wilson. *Cuyahoga County*, No. 62805.

**93–30.** Daugherty v. Wagner. *Fairfield County*, No. 11–CA–92.
WRIGHT and PFEIFER, JJ., dissent.

**93–31.** Focke v. Focke. *Montgomery County*, Nos. 13253 and 13277.
RESNICK, J., dissents.

**93–41.** Alston v. Cleveland Metal Stamping Co. *Cuyahoga County*, No. 61250.
DOUGLAS, J., dissents.

**93–48.** State v. Williams. *Hamilton County*, No. C–920318.
MOYER, C.J., and WRIGHT, J., dissent.

**93–71.** Durbin v. Ohio State Highway Patrol. *Franklin County*, Nos. 92AP–458 and 92AP–459.

**93–79.** Waldron v. Waldron. *Wayne County*, No. CA–2729.
MOYER, C.J., and RESNICK, J., dissent.

**93–97.** Nationwide Ins. Co. v. Johnson. *Butler County*, No. CA92–06–0115.
WRIGHT, J., dissents.